JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THOMAS JAMEL HAWKINS, III,           )     CASE NO. CV 19-3352-PA (PJW)
                                     )
                Petitioner,          )
                                     )     J U D G M E N T
        v.                           )
                                     )
DEPARTMENT OF CHILDREN AND           )
FAMILY SERVICES,                     )
                                     )
                Respondent.          )
                                     )
                                     )
_____)

        Pursuant to the Order Dismissing Habeas Corpus Petition And
Denying Certificate Of Appealability,

        IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

        DATED:    June 10, 2019


                                     _____
                                     PERCY ANDERSON
                                     UNITED STATES DISTRICT JUDGE


O:\Review\J194 CASE CV 19-3352 udgment.wpd